**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**UNITED STATES COURTHOUSE
N.W. 4TH AND HARVEY, OKLAHOMA CITY, OKLAHOMA**

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE STEPHEN P. FRIOT
IN CHAMBERS - ROOM 3102**

**WEDNESDAY, APRIL 30, 2014**

NOTICE TO ALL COUNSEL:  Local Rule 16.1 requires the filing of a Joint Status Report.  The report must be filed not later than **Monday, April 28, 2014**.  The Status Report is a joint report to be initiated by counsel for plaintiff.  It should include a concise statement of the case to inform the court of the basic factual background and primary contentions of the parties.  (LCvR16.1).

All counsel and pro se litigants are directed to familiarize themselves with Judge Friot's chambers procedures which may be found at http://www.okwd.uscourts.gov/files/jfriotrules.pdf.  If you do not have internet access, the courtroom deputy will be happy to give you a copy of these chambers procedures.  You will be asked at the status and scheduling conference whether you have any questions about these chambers procedures.  Counsel should pay particular attention to the court's expectations, based on the Federal Rules of Civil Procedure and applicable case law, with respect to full and timely compliance with requirements with respect to Rule 26(a)(2)(B) reports from retained experts.

Pursuant to Rule 26(f), Fed.R.Civ.P., the parties are excused from submitting a written discovery plan.  The parties shall be prepared to discuss any unusual discovery-related matters at the status/scheduling conference.

Even though the parties are excused from submitting a written discovery plan, the parties must confer, prior to the status and scheduling conference, with respect to "any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced," as set forth in Rule 26(f).  The court will expect the parties, having so conferred, to be prepared to discuss any unresolved issues at the status and scheduling conference.

**Pursuant to Rule 26(d), the parties are authorized to begin discovery immediately.**

The disclosures required by Fed.R.Civ.P. 26(a)(1) must be made not later than seven days before the date of the status/scheduling conference.

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Lori Gray** (405-609-5502).

Counsel should carefully read and heed Sections 3 and 4 of the OBA Standards of Professionalism, approved by the OBA on April 20, 2006 (accessible at the OBA website).

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the Court Security Officer.

_____

9:00 A.M.

| | | |
|---|---|---|
| CIV-13-372-F | DietGoal Innovations, LLC | Christopher M. Joe |
| | | Niknaz F. Bukovcan |
| | | Eric W. Buether |
| | | John W. Billingsley |
| | | Michael D. Ricketts |
| | -vs- | Monica Tavakoli |
| | | |
| | Taco Mayo Franchise Systems, Inc. | Keith J. Hocker |
| | | Michael A. Betts |
| | | Michael C. Felty |

_____

9:15 A.M.

| | | |
|---|---|---|
| CIV-14-151-F | Margery D. Richmond | Kenneth G. Cole |
| | | Mark A. Engel |
| | -vs- | Steven S. Mansell |
| | | |
| | National Union Fire Insurance Company of Pittsburgh, PA | Reagan L. Madison |
| | | William D. Perrine |

_____

9:30 A.M.

| | | |
|---|---|---|
| CIV-14-167-F | Anna Mihm | Roy S. Dickinson |
| | | |
| | -vs- | |
| | | |
| | Hartford Life Insurance Co. (a/k/a The Hartford) | Timothy A. Carney |
| | | Erin K. Dailey |

_____

<u>9:45 A.M.</u>

| | | |
|---|---|---|
| CIV-14-193-F | Richard Sullivan | Michael D. McGrew |
| | | Robin D. McGrew |
| | -vs- | |
| | Safeco Insurance Company of America, a foreign for profit insurance corporation | Barbara K. Buratti |
| | | Timothy D. Cain |

_____

<u>10:00 A.M.</u>

| | | |
|---|---|---|
| CIV-14-218-F | Choctaw Town Square, LLC, an an Arkansas limited liability company | Carolie E. Rozell |
| | | Richard E. Parrish |
| | | Shawn D. Fulkerson |
| | -vs- | |
| | Roger Nelson, individually | |