## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RICHARD SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-0193-F |
| | ) |
| 1. SAFECO INSURANCE COMPANY OF AMERICA, A Foreign For Profit Insurance Corporation, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Richard Sullivan and Defendant, Safeco Insurance Company of America, file this Stipulation of Dismissal without prejudice to the refiling thereof. The parties respectfully request that the Court dismiss this case without prejudice.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

s/Barbara K. Buratti
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 236-2600
(405) 236-2607 (Fax)
Email Address: TimC@wcalaw.com
Email Address: BarbaraB@wcalaw.com
***Attorneys for Defendant***
***Safeco Insurance Company of America***
